GREGORIO NIEVES, demandante y apelado, *v.* JUAN MELECIO, demandado y apelante.

No. 5348.—*Sometido:* Julio 29, 1930. *Resuelto:* Agosto 1, 1930.

*Armando A. Miranda,* abogado del apelante; *R. G. Sugrañes,* abogado del apelado.

EL JUEZ PRESIDENTE SEÑOR DEL TORO, emitió la opinión del tribunal.

Se solicita la desestimación de esta apelación por frívola. Del legajo de la sentencia aparece que Gregorio Nieves demandó en la Corte Municipal de Toa Alta a Juan Melecio, en cobro de $415.33. Se dictó sentencia en rebeldía, condenando al demandado al pago de la suma reclamada. Apeló el demandado para ante la corte de distrito y formuló una contestación negando los hechos alegados en la demanda. Solicitó el demandante una sentencia sobre las alegaciones y la corte de distrito la dictó condenando de nuevo al demandado a pagar al demandante la suma reclamada. La sentencia sobre las alegaciones se basó en lo siguiente. Co-

piamos de la relación del caso y opinión de la corte sentenciadora:

"Posteriormente, el demandante radicó una moción solicitando se dicte sentencia sobre las alegaciones, y se señaló para la vista de la misma, el día 7 de abril de 1930, con asistencia de los abogados de ambas partes. Como la demanda está jurada, la contestación también debe estar jurada, de lo contrario, procede dictar una sentencia sobre las alegaciones: *Tettanansi* vs. *Zeno*, 24 D.P.R. 775.

"Como dijimos antes, dicha contestación aparece jurada por el abogado del demandado, y no por el demandado, y la razón fundamental que expone el abogado para jurar él en vez de hacerlo el demandado, es que el demandado se encuentra en Dorado. El Municipio del Dorado corresponde al Distrito Judicial de San Juan y el abogado del demandado o sea Armando A. Miranda, según aparece de las constancias de este récord que la corte tiene a la vista y del cual toma conocimiento judicial, reside en el Municipio de San Juan, también dentro del Distrito Judicial de esta corte. De modo que, el demandado al encontrarse en el Municipio de Dorado, no se encontraba en uno distinto del en que reside su abogado señor Miranda. Por consiguiente, no estaba autorizado el abogado en este caso, para jurar la contestación por el demandado. (Artículo 118 del Código de Enjuiciamiento Civil.) Y dicho juramento es nulo, y por tanto, la contestación no está jurada."

No conforme el demandado apeló otra vez. La transcripción, que sólo contiene diez y siete páginas en maquinilla, quedó archivada en esta Corte Suprema el 28 de mayo último. El 6 de junio siguiente el apelante pidió una prórroga de treinta días para presentar su alegato, que le fué concedida, y el 5 de julio solicitó otra por igual término y con idéntico fin, que también le fué concedida.

Así las cosas la parte apelada presentó, el 21 de julio actual, su moción de desestimación alegando que el recurso era enteramente frívolo y se había interpuesto con el mero propósito de dilatar. Se señaló la vista de la moción para el 29 de julio, notificándose a las partes el señalamiento el propio día 21.

El apelante no compareció a la vista de la moción, limitándose a enviar una petición escrita de suspensión, basada

en que el 29 de julio tenía un compromiso previo con varios clientes de San Germán que embarcaban para el extranjero la semana próxima. La corte no estimó suficiente la causa alegada para la suspensión y dió por celebrada la vista.

██ De no quedar resuelto este asunto a virtud de la moción, la vista del recurso en su fondo no podría celebrarse hasta el próximo término de noviembre, quizá hasta el de enero de 1931. Decimos esto porque todo parece justificar la afirmación del apelado de que la táctica empleada por el apelante es meramente dilatoria. Después que se estudia el asunto, se concluye que las prórrogas solicitadas para la presentación del alegato, no están en verdad justificadas.

Pero dejando a un lado estas consideraciones y yendo a la cuestión fundamental envuelta, creemos que está bien fundada la sentencia sobre las alegaciones y que la apelación es enteramente frívola. Debió, de acuerdo con la ley, jurar la contestación el propio demandado. Formando parte el pueblo del Dorado, donde reside el demandado, del distrito judicial de San Juan, donde también reside el abogado y donde se tramitaba el pleito, el simple hecho de la residencia del demandado en dicho pueblo, no justificaba que fuera el abogado y no la parte el que prestara el juramento. Dicho juramento era, pues, ineficaz, y la situación legal que surgía era una contestación no jurada frente a una demanda jurada, y en tal caso, de acuerdo con la ley y la jurisprudencia, la demanda prevalece y procede una sentencia declarándola con lugar.

*Debe desestimarse el recurso.*

El Juez Asociado Señor Texidor no intervino.